IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY ROBERT BRATTON, III,

    Petitioner,                   No. CIV S-06-0986 MCE KJM P

    vs.

ROBERT HERNANDEZ, Warden, et al.,

    Respondents.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254, challenging a denial of parole.[1]

        Petitioner is housed at the R.J. Donovan Correctional Facility in San Diego, which is also the site of the parole decision he challenges. This area is encompassed by the United States District Court for the Southern District of California.

        As provided by 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. Because petitioner challenges a parole decision from a different district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

---

[1] Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a), 1915(a)

1

1  Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
2  United States District Court for the Southern of California.  28 U.S.C. § 2241(d); 28 U.S.C.
3  § 1406(a).
4  DATED: May 30, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2/mp
brat0986.108